1  John H. Russell, Esq.
   Law Offices of John H. Russell
2  505 Montgomery Street, 10th Floor
   San Francisco, CA  94111
3  Tel.: (415) 394-1098
   Fax:  (415) 931-6206
4

5  William Denkers, Esq.
   Arnold M. Woods, Esq.
6  456 San Mateo Avenue # 2
   San Bruno, CA 94066-4443
7  Tel.: (650) 871-5037
   Fax: (650) 871-5063
8
   Attorneys for Plaintiff KAREN TURNER
9

10 GAIL C. TRABISH, ESQ. (SBN 103482)
   BOORNAZIAN, JENSEN & GARTHE
11 A Professional Corporation
   555 12th Street, Suite 1800
12 Oakland, CA  94607
   Telephone: (510) 834-4350
13 Facsimile: (510) 839-1897

14 Attorneys for Defendant
   TARGET CORPORATION
15

IT IS SO ORDERED
Judge Edward J. Davila
4/7/2014

16                 UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18

19 KAREN TURNER,              )  Case No. C-14-00578 EJD
                              )
20         Plaintiff,         )
                              )
21 vs.                        )  **STIPULATION FOR DISMISSAL**
                              )
22 TARGET CORPORATION,        )
                              )  Complaint Filed:  April 25, 2013
23         Defendant.         )
                              )

24

25     IT IS HEREBY STIPULATED by and between Plaintiff KAREN TURNER, by and

26 through her attorneys of record, John H. Russell, Esq. and William Denkers, Esq., and Defendant

27 TARGET CORPORATION, by and through its attorney of record, Gail C. Trabish, Esq., that

28

-1-
STIPULATION FOR DISMISSAL – US District Court Case No. C-14-00578 EJD

1  plaintiff will dismiss, with prejudice, Defendant TARGET CORPORATION pursuant to
2  F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.
3      The Clerk shall close this file.

**IT IS SO STIPULATED.**

DATED: March 18, 2014

                                          LAW OFFICES OF JOHN H. RUSSELL

                                          By: _/s/ John H. Russell_____
                                              JOHN H. RUSSELL, ESQ.
                                              Attorneys for Plaintiff
                                              KAREN TURNER

DATED: March 28, 2014

                                          By: /s/ William Denkers _____
                                              WILLIAM DENKERS, ESQ.
                                              Attorneys for Plaintiff
                                              KAREN TURNER

DATED:    April 3, 2014

                                          BOORNAZIAN, JENSEN & GARTHE
                                           A Professional Corporation

                                          By: __/s/ Gail C. Trabish _____
                                              GAIL C. TRABISH, ESQ.
                                              Attorneys for Defendant
                                              TARGET CORPORATION

27257\644425